Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27969−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Albert S Small Jr.
26 Valley Street
Newark, NJ 07106

Ann S Small
fka Ann Small, fka Ann Stevenson
26 Valley Street
Newark, NJ 07106

Social Security No.:
xxx−xx−7800

xxx−xx−4916

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 09/01/2017 and a confirmation hearing on such Plan has been scheduled for 11/9/2017.

The debtor filed a Modified Plan on 10/24/2017 and a confirmation hearing on the Modified Plan is scheduled for 11/9/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: October 27, 2017
JAN: mg

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 17-27969-JKS
Albert S Small, Jr.                                             Chapter 13
Ann S Small
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2        Date Rcvd: Oct 27, 2017
                              Form ID: 186              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb         +Albert S Small, Jr.,    Ann S Small,    26 Valley Street,    Newark, NJ 07106-2609
517047967      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517047969     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517047971     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
517047970      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
517047972      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517047973      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
517047975      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517047976      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517047982      +EZ Pass,    375 McCArter Higheway,    Newark, NJ 07114-2563
517047979      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517047980      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517047981      +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
517047984      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517047986      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517047988      +Verizon,    PO BOX 4003,    Acworth, GA 30101-9004
517047989       Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
517047987      +transunion,    POB 2000,    Crum Lynne, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:03
                 Synchrony Bank c/o PRA Receivables Management, LLC,     Valerie Smith,    PO BOX 41021,
                 Norfolk, VA 23541-1021
517047968      +E-mail/Text: g20956@att.com Oct 27 2017 23:27:43     AT&T,    P.O Box 537104,
                 Atlanta, GA 30353-7104
517047974      +Fax: 602-659-2196 Oct 27 2017 23:56:17     Chex System,    7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517064411       E-mail/Text: mrdiscen@discover.com Oct 27 2017 23:26:22     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517047977      +E-mail/Text: mrdiscen@discover.com Oct 27 2017 23:26:22     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
517047978      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2017 23:26:48     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517143539       E-mail/Text: bankruptcy.bnc@ditech.com Oct 27 2017 23:26:48
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517047983       E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 23:26:39     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
517047985      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:31     Syncb/bp,    Po Box 965024,
                 Orlando, FL 32896-5024
517049168      +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2017 23:29:30     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Oct 27, 2017
                               Form ID: 186             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Joint Debtor Ann S Small njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              Michelle Labayen    on behalf of Debtor Albert S Small, Jr. njchapter7@gmail.com,
               benitezgiovanna@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```