| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Michelle Labayen<br>Law Office of Michelle Labayen PC<br>24 Commerce Street, Suite 530<br>Newark, NJ 07102<br>973-622-1584<br>njchapter7@gmail.com | Order Filed on February 7, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Albert Small and Ann Small | Case No.: 17-27969<br>Chapter: 13<br>Judge: Sherwood |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 7, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 9, 2017___:

Property:     26 Valley Street, Newark, NJ 07106

Creditor:     Ditech FInancial

and a Request for

    ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Michelle Labayen___, and for good cause shown

    ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 30, 2018___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2