Marie-Ann Greenberg, Trustee  
30 TWO BRIDGES ROAD  
SUITE 330  
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 11, 2022

**Chapter 13 Case # 17-27969**

| Re: | ALBERT S SMALL, JR. | Atty: | MICHELLE LABAYEN |
|---|---|---|---|
| | ANN S SMALL | | LAW OFFICES OF MICHELLE LABAYEN PC |
| | 26 VALLEY STREET | | 24 COMMERCE STREET |
| | NEWARK, NJ  07106 | | SUITE 1300 |
| | | | NEWARK, NJ  07102 |

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $65,400.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/02/2017 | $800.00 | 4329460000  - | 11/02/2017 | $800.00 | 4411005000  - |
| 12/04/2017 | $1,100.00 | 4488446000  - | 01/01/2018 | $1,100.00 | 4562498000  - |
| 02/02/2018 | $1,100.00 | 4640824000  - | 03/02/2018 | $1,100.00 | 4719447000  - |
| 04/02/2018 | $1,100.00 | 4800414000 | 05/02/2018 | $1,100.00 | 4881346000 |
| 06/04/2018 | $1,100.00 | 4961701000 | 07/02/2018 | $1,100.00 | 5038833000 |
| 08/02/2018 | $1,100.00 | 5120286000 | 09/04/2018 | $1,100.00 | 5204197000 |
| 10/01/2018 | $1,100.00 | 5277278000 | 11/02/2018 | $1,100.00 | 5362854000 |
| 12/03/2018 | $1,100.00 | 5439901000 | 01/03/2019 | $1,100.00 | 5511977000 |
| 02/04/2019 | $1,100.00 | 5590873000 | 03/04/2019 | $1,100.00 | 5668555000 |
| 04/01/2019 | $1,100.00 | 5748591000 | 05/02/2019 | $1,100.00 | 5828582000 |
| 06/03/2019 | $1,100.00 | 5909695000 | 07/02/2019 | $1,100.00 | 5986179000 |
| 08/02/2019 | $1,100.00 | 6064124000 | 09/03/2019 | $1,100.00 | 6144244000 |
| 10/02/2019 | $1,100.00 | 6223270000 | 11/04/2019 | $1,100.00 | 6300470000 |
| 12/02/2019 | $1,100.00 | 6371317000 | 01/03/2020 | $1,100.00 | 6449591000 |
| 02/05/2020 | $1,100.00 | 6530605000 | 03/02/2020 | $1,100.00 | 6605276000 |
| 04/02/2020 | $1,100.00 | 6682391000 | 05/04/2020 | $1,100.00 | 6761442000 |
| 06/01/2020 | $1,100.00 | 6833142000 | 07/02/2020 | $1,100.00 | 6910255000 |
| 08/03/2020 | $1,100.00 | 6985723000 | 09/02/2020 | $1,100.00 | 7057017000 |
| 10/02/2020 | $1,100.00 | 7130613000 | 11/02/2020 | $1,100.00 | 7203060000 |
| 12/02/2020 | $1,100.00 | 7276782000 | 01/04/2021 | $1,100.00 | 7351373000 |
| 02/02/2021 | $1,100.00 | 7425758000 | 03/01/2021 | $1,100.00 | 7491121000 |
| 04/02/2021 | $1,100.00 | 7571214000 | 05/03/2021 | $1,100.00 | 7642660000 |
| 06/02/2021 | $1,100.00 | 7710739000 | 07/02/2021 | $1,100.00 | 7783494000 |
| 08/02/2021 | $1,100.00 | 7850924000 | 09/02/2021 | $1,100.00 | 7920516000 |
| 10/04/2021 | $1,100.00 | 7988152000 | 11/02/2021 | $1,100.00 | 8054472000 |
| 12/02/2021 | $1,100.00 | 8120274000 | 01/03/2022 | $1,100.00 | 8184464000 |
| 02/02/2022 | $1,100.00 | 8250154000 | 03/02/2022 | $1,100.00 | 8311624000 |
| 04/04/2022 | $1,100.00 | 8380217000 | 05/02/2022 | $1,100.00 | 8440891000 |

**Chapter 13 Case # 17-27969**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/02/2022 | $1,100.00 | 8504290000 | 07/05/2022 | $1,100.00 | 8565927000 |
| 08/02/2022 | $1,100.00 | 8624108000 | 09/02/2022 | $1,100.00 | 8684247000 |

**Total Receipts: $65,400.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $65,400.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,634.12 | |
| ATTY | ATTORNEY | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 16,145.55 | * | 3,805.23 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 17,557.67 | * | 4,138.03 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,524.96 | * | 830.77 | |
| 0006 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 24,858.78 | * | 5,858.77 | |
| 0010 | CITIBANK / SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | DISCOVER BANK | UNSECURED | 4,923.19 | * | 1,160.31 | |
| 0012 | NEWREZ LLC | MORTGAGE ARRE | 2,119.60 | 100.00% | 2,119.60 | |
| 0013 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CITIBANK NA | UNSECURED | 1,745.39 | * | 411.36 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 27,049.80 | 100.00% | 27,049.80 | |
| 0018 | NEW JERSEY GROSS INCOME TAX | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCB/BP | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | WELLS FARGO CARD SERVICES | UNSECURED | 10,710.90 | * | 2,524.37 | |
| 0030 | UNITED STATES TREASURY/IRS | UNSECURED | 14,741.68 | * | 3,474.36 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,806.76 | * | 425.82 | |
| 0032 | STATE OF NJ | SECURED | 5,408.62 | 100.00% | 5,408.62 | |
| 0033 | STATE OF NJ | UNSECURED | 1,191.57 | * | 280.83 | |
| 0034 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 5,161.65 | * | 1,216.51 | |

**Total Paid: $64,338.50**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 10/19/2020 | $12.09 | 8001835 | 11/16/2020 | $51.30 | 8001895 |
| | 12/21/2020 | $51.30 | 8001955 | 01/11/2021 | $51.30 | 8002012 |
| | 02/22/2021 | $51.31 | 8002072 | 03/15/2021 | $51.32 | 8002119 |
| | 04/19/2021 | $51.30 | 8002175 | 05/17/2021 | $51.30 | 8002227 |
| | 06/21/2021 | $52.14 | 8002275 | 07/19/2021 | $52.14 | 8002328 |
| | 08/16/2021 | $52.14 | 8002381 | 09/20/2021 | $52.14 | 8002430 |
| | 10/18/2021 | $52.13 | 8002479 | 11/17/2021 | $52.69 | 8002526 |
| | 12/13/2021 | $52.69 | 8002579 | 01/10/2022 | $52.69 | 8002631 |
| | 02/14/2022 | $52.69 | 8002681 | 03/14/2022 | $52.69 | 8002735 |
| | 04/18/2022 | $53.55 | 8002784 | 05/16/2022 | $53.50 | 8002841 |
| | 06/20/2022 | $53.54 | 8002895 | 07/18/2022 | $53.50 | 8002943 |
| | 08/15/2022 | $53.52 | 8002993 | 09/19/2022 | $53.54 | 8003043 |

**Chapter 13 Case # 17-27969**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 10/19/2020 | $37.82 | 857817 | | 11/16/2020 | $160.48 | 859609 |
| | 12/21/2020 | $160.48 | 861428 | | 01/11/2021 | $160.48 | 863225 |
| | 02/22/2021 | $160.48 | 864890 | | 03/15/2021 | $160.49 | 866760 |
| | 04/19/2021 | $160.48 | 868422 | | 05/17/2021 | $160.48 | 870330 |
| | 06/21/2021 | $163.08 | 872131 | | 07/19/2021 | $163.08 | 873935 |
| | 08/16/2021 | $163.08 | 875618 | | 09/20/2021 | $163.09 | 877345 |
| | 10/18/2021 | $163.08 | 879122 | | 11/17/2021 | $164.82 | 880833 |
| | 12/13/2021 | $164.82 | 882469 | | 01/10/2022 | $164.82 | 884125 |
| | 02/14/2022 | $164.82 | 885809 | | 03/14/2022 | $164.81 | 887520 |
| | 04/18/2022 | $167.40 | 889221 | | 05/16/2022 | $167.46 | 890932 |
| | 06/20/2022 | $167.38 | 892618 | | 07/18/2022 | $167.47 | 894348 |
| | 08/15/2022 | $167.42 | 895916 | | 09/19/2022 | $167.41 | 897514 |
| CITIBANK NA | | | | | | | |
| | 11/16/2020 | $21.43 | 859257 | | 12/21/2020 | $17.35 | 861033 |
| | 01/11/2021 | $17.35 | 862909 | | 02/22/2021 | $17.35 | 864460 |
| | 03/15/2021 | $17.35 | 866412 | | 04/19/2021 | $17.35 | 867988 |
| | 05/17/2021 | $17.35 | 869931 | | 06/21/2021 | $17.63 | 871693 |
| | 07/19/2021 | $17.62 | 873547 | | 08/16/2021 | $17.63 | 875234 |
| | 09/20/2021 | $17.64 | 876954 | | 10/18/2021 | $17.63 | 878747 |
| | 11/17/2021 | $17.81 | 880451 | | 12/13/2021 | $17.82 | 882099 |
| | 01/10/2022 | $17.82 | 883746 | | 02/14/2022 | $17.82 | 885420 |
| | 03/14/2022 | $17.82 | 887145 | | 04/18/2022 | $18.10 | 888801 |
| | 05/16/2022 | $18.09 | 890557 | | 06/20/2022 | $18.10 | 892217 |
| | 07/18/2022 | $18.10 | 893967 | | 08/15/2022 | $18.10 | 895536 |
| | 09/19/2022 | $18.10 | 897108 | | | | |
| DISCOVER BANK | | | | | | | |
| | 10/19/2020 | $11.53 | 857956 | | 11/16/2020 | $48.93 | 859752 |
| | 12/21/2020 | $48.93 | 861576 | | 01/11/2021 | $48.93 | 863353 |
| | 02/22/2021 | $48.94 | 865048 | | 03/15/2021 | $48.95 | 866886 |
| | 04/19/2021 | $48.93 | 868582 | | 05/17/2021 | $48.93 | 870479 |
| | 06/21/2021 | $49.73 | 872290 | | 07/19/2021 | $49.73 | 874082 |
| | 08/16/2021 | $49.73 | 875765 | | 09/20/2021 | $49.73 | 877508 |
| | 10/18/2021 | $49.73 | 879277 | | 11/17/2021 | $50.26 | 880988 |
| | 12/13/2021 | $50.26 | 882619 | | 01/10/2022 | $50.26 | 884271 |
| | 02/14/2022 | $50.26 | 885969 | | 03/14/2022 | $50.26 | 887671 |
| | 04/18/2022 | $51.04 | 889386 | | 05/16/2022 | $51.03 | 891079 |
| | 06/20/2022 | $51.08 | 892775 | | 07/18/2022 | $51.03 | 894487 |
| | 08/15/2022 | $51.05 | 896062 | | 09/19/2022 | $51.06 | 897670 |
| DITECH FINANCIAL LLC | | | | | | | |
| | 01/22/2018 | $152.24 | 794126 | | 02/20/2018 | $291.44 | 796040 |
| | 03/19/2018 | $291.44 | 797821 | | 04/16/2018 | $291.43 | 799680 |
| | 05/14/2018 | $292.98 | 801564 | | 06/18/2018 | $292.99 | 803448 |
| | 07/16/2018 | $292.98 | 805463 | | 08/20/2018 | $214.10 | 807317 |
| LVNV FUNDING LLC | | | | | | | |
| | 10/19/2020 | $58.23 | 858157 | | 11/16/2020 | $247.09 | 859944 |
| | 12/21/2020 | $247.09 | 861780 | | 01/11/2021 | $247.08 | 863537 |
| | 02/22/2021 | $247.09 | 865281 | | 03/15/2021 | $247.08 | 867078 |
| | 04/19/2021 | $247.09 | 868809 | | 05/17/2021 | $247.09 | 870697 |
| | 06/21/2021 | $251.09 | 872501 | | 07/19/2021 | $251.10 | 874278 |
| | 08/16/2021 | $251.09 | 875971 | | 09/20/2021 | $251.09 | 877722 |
| | 10/18/2021 | $251.11 | 879468 | | 11/17/2021 | $253.76 | 881182 |
| | 12/13/2021 | $253.77 | 882806 | | 01/10/2022 | $253.77 | 884452 |
| | 02/14/2022 | $253.76 | 886161 | | 03/14/2022 | $253.76 | 887860 |
| | 04/18/2022 | $257.74 | 889597 | | 05/16/2022 | $257.82 | 891283 |
| | 06/20/2022 | $257.71 | 892984 | | 07/18/2022 | $257.85 | 894663 |
| | 08/15/2022 | $257.77 | 896251 | | 09/19/2022 | $257.74 | 897862 |

**Chapter 13 Case # 17-27969**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 10/19/2020 | $8.26 | 8001836 | 10/19/2020 | $41.13 | 8001836 |
| | 11/16/2020 | $174.52 | 8001892 | 11/16/2020 | $35.04 | 8001892 |
| | 11/16/2020 | $22.19 | 8001892 | 12/21/2020 | $17.96 | 8001947 |
| | 12/21/2020 | $35.04 | 8001947 | 12/21/2020 | $174.52 | 8001947 |
| | 01/11/2021 | $174.51 | 8002011 | 01/11/2021 | $35.04 | 8002011 |
| | 01/11/2021 | $17.96 | 8002011 | 02/22/2021 | $17.96 | 8002065 |
| | 02/22/2021 | $35.04 | 8002065 | 02/22/2021 | $174.52 | 8002065 |
| | 03/15/2021 | $174.51 | 8002123 | 03/15/2021 | $35.01 | 8002123 |
| | 03/15/2021 | $17.95 | 8002123 | 04/19/2021 | $17.96 | 8002171 |
| | 04/19/2021 | $35.04 | 8002171 | 04/19/2021 | $174.52 | 8002171 |
| | 05/17/2021 | $174.52 | 8002234 | 05/17/2021 | $35.04 | 8002234 |
| | 05/17/2021 | $17.96 | 8002234 | 06/21/2021 | $18.25 | 8002277 |
| | 06/21/2021 | $35.60 | 8002277 | 06/21/2021 | $177.34 | 8002277 |
| | 07/19/2021 | $177.35 | 8002330 | 07/19/2021 | $35.61 | 8002330 |
| | 07/19/2021 | $18.25 | 8002330 | 08/16/2021 | $18.25 | 8002383 |
| | 08/16/2021 | $35.60 | 8002383 | 08/16/2021 | $177.35 | 8002383 |
| | 09/20/2021 | $177.34 | 8002432 | 09/20/2021 | $35.62 | 8002432 |
| | 09/20/2021 | $18.26 | 8002432 | 10/18/2021 | $18.24 | 8002481 |
| | 10/18/2021 | $35.60 | 8002481 | 10/18/2021 | $177.35 | 8002481 |
| | 11/17/2021 | $179.24 | 8002529 | 11/17/2021 | $35.98 | 8002529 |
| | 11/17/2021 | $18.44 | 8002529 | 12/13/2021 | $18.44 | 8002581 |
| | 12/13/2021 | $35.98 | 8002581 | 12/13/2021 | $179.23 | 8002581 |
| | 01/10/2022 | $179.23 | 8002633 | 01/10/2022 | $35.98 | 8002633 |
| | 01/10/2022 | $18.44 | 8002633 | 02/14/2022 | $18.45 | 8002683 |
| | 02/14/2022 | $35.98 | 8002683 | 02/14/2022 | $179.23 | 8002683 |
| | 03/14/2022 | $179.23 | 8002741 | 03/14/2022 | $36.00 | 8002741 |
| | 03/14/2022 | $18.45 | 8002741 | 04/18/2022 | $18.73 | 8002785 |
| | 04/18/2022 | $36.55 | 8002785 | 04/18/2022 | $182.13 | 8002785 |
| | 05/16/2022 | $181.98 | 8002843 | 05/16/2022 | $36.56 | 8002843 |
| | 05/16/2022 | $18.74 | 8002843 | 06/20/2022 | $18.74 | 8002892 |
| | 06/20/2022 | $36.54 | 8002892 | 06/20/2022 | $182.15 | 8002892 |
| | 07/18/2022 | $181.98 | 8002950 | 07/18/2022 | $36.56 | 8002950 |
| | 07/18/2022 | $18.73 | 8002950 | 08/15/2022 | $18.74 | 8002997 |
| | 08/15/2022 | $36.55 | 8002997 | 08/15/2022 | $182.06 | 8002997 |
| | 09/19/2022 | $182.09 | 8003048 | 09/19/2022 | $36.55 | 8003048 |
| | 09/19/2022 | $18.73 | 8003048 | | | |
| STATE OF NJ | | | | | | |
| | 01/22/2018 | $388.46 | 795520 | 02/20/2018 | $743.66 | 797346 |
| | 03/19/2018 | $743.66 | 799184 | 04/16/2018 | $743.67 | 801061 |
| | 05/14/2018 | $747.62 | 802951 | 06/18/2018 | $747.61 | 804925 |
| | 07/16/2018 | $747.62 | 806841 | 08/20/2018 | $546.32 | 808799 |
| | 11/16/2020 | $14.63 | 860337 | 12/21/2020 | $11.84 | 862203 |
| | 01/11/2021 | $11.85 | 863849 | 02/22/2021 | $11.84 | 865721 |
| | 03/15/2021 | $11.85 | 867402 | 04/19/2021 | $11.84 | 869224 |
| | 05/17/2021 | $11.84 | 871056 | 06/21/2021 | $12.05 | 872891 |
| | 07/19/2021 | $12.02 | 874634 | 08/16/2021 | $12.05 | 876332 |
| | 09/20/2021 | $12.03 | 878101 | 10/18/2021 | $12.04 | 879832 |
| | 11/17/2021 | $12.16 | 881521 | 12/13/2021 | $12.16 | 883157 |
| | 01/10/2022 | $12.16 | 884802 | 02/14/2022 | $12.17 | 886515 |
| | 03/14/2022 | $12.16 | 888206 | 04/18/2022 | $12.36 | 889948 |
| | 05/16/2022 | $12.36 | 891616 | 06/20/2022 | $12.35 | 893341 |
| | 07/18/2022 | $12.36 | 894975 | 08/15/2022 | $12.36 | 896544 |
| | 09/19/2022 | $12.35 | 898186 | | | |

**Chapter 13 Case # 17-27969**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/20/2018 | $280.18 | 8000686 | | 09/17/2018 | $1,067.00 | 8000724 |
| | 10/22/2018 | $1,067.00 | 8000765 | | 11/19/2018 | $1,037.30 | 0 |
| | 12/17/2018 | $1,037.30 | 0 | | 01/14/2019 | $1,037.30 | 0 |
| | 02/11/2019 | $1,037.30 | 8000931 | | 03/18/2019 | $1,037.30 | 8000977 |
| | 04/15/2019 | $1,037.30 | 8001022 | | 05/20/2019 | $1,037.30 | 8001066 |
| | 06/17/2019 | $1,056.00 | 8001111 | | 07/15/2019 | $1,056.00 | 8001153 |
| | 08/19/2019 | $1,056.00 | 8001194 | | 09/16/2019 | $1,056.00 | 8001237 |
| | 10/21/2019 | $1,083.50 | 8001281 | | 11/18/2019 | $1,042.80 | 8001323 |
| | 12/16/2019 | $1,042.80 | 8001362 | | 01/13/2020 | $1,042.80 | 8001404 |
| | 02/10/2020 | $1,042.80 | 8001441 | | 03/16/2020 | $1,042.80 | 8001481 |
| | 04/20/2020 | $1,042.80 | 8001529 | | 05/18/2020 | $990.00 | 8001590 |
| | 06/15/2020 | $990.00 | 8001647 | | 07/20/2020 | $1,017.50 | 8001710 |
| | 08/17/2020 | $1,017.50 | 8001769 | | 09/21/2020 | $1,017.50 | 8001832 |
| | 10/19/2020 | $777.72 | 8001890 | | 10/19/2020 | $34.53 | 8001890 |
| | 11/16/2020 | $146.53 | 8001946 | | 12/21/2020 | $146.53 | 8002005 |
| | 01/11/2021 | $146.53 | 8002061 | | 02/22/2021 | $146.53 | 8002118 |
| | 03/15/2021 | $146.51 | 8002170 | | 04/19/2021 | $146.53 | 8002224 |
| | 05/17/2021 | $146.53 | 8002272 | | 06/21/2021 | $148.90 | 8002325 |
| | 07/19/2021 | $148.90 | 8002377 | | 08/16/2021 | $148.90 | 8002427 |
| | 09/20/2021 | $148.91 | 8002474 | | 10/18/2021 | $148.90 | 8002522 |
| | 11/17/2021 | $150.49 | 8002576 | | 12/13/2021 | $150.49 | 8002628 |
| | 01/10/2022 | $150.49 | 8002677 | | 02/14/2022 | $150.49 | 8002731 |
| | 03/14/2022 | $150.48 | 8002783 | | 04/18/2022 | $152.84 | 8002837 |
| | 05/16/2022 | $152.90 | 8002890 | | 06/20/2022 | $152.82 | 8002942 |
| | 07/18/2022 | $152.91 | 8002992 | | 08/15/2022 | $152.86 | 8003040 |
| | 09/19/2022 | $152.86 | 8003095 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 10/19/2020 | $25.09 | 858897 | | 11/16/2020 | $106.46 | 860663 |
| | 12/21/2020 | $106.46 | 862579 | | 01/11/2021 | $106.46 | 864131 |
| | 02/22/2021 | $106.46 | 866107 | | 03/15/2021 | $106.48 | 867675 |
| | 04/19/2021 | $106.46 | 869595 | | 05/17/2021 | $106.46 | 871383 |
| | 06/21/2021 | $108.19 | 873239 | | 07/19/2021 | $108.19 | 874947 |
| | 08/16/2021 | $108.19 | 876658 | | 09/20/2021 | $108.18 | 878455 |
| | 10/18/2021 | $108.20 | 880180 | | 11/17/2021 | $109.34 | 881844 |
| | 12/13/2021 | $109.34 | 883486 | | 01/10/2022 | $109.34 | 885133 |
| | 02/14/2022 | $109.34 | 886873 | | 03/14/2022 | $109.34 | 888534 |
| | 04/18/2022 | $111.05 | 890318 | | 05/16/2022 | $111.08 | 891944 |
| | 06/20/2022 | $111.09 | 893709 | | 07/18/2022 | $111.01 | 895326 |
| | 08/15/2022 | $111.07 | 896870 | | 09/19/2022 | $111.09 | 898560 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: October 11, 2022.

Receipts: $65,400.00    -    Paid to Claims: $58,704.38    -    Admin Costs Paid: $5,634.12    =    Funds on Hand: $1,061.50

Base Plan Amount: $65,400.00    -    Receipts: $65,400.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.