Form ntcfncurv − testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                 Case No.: 17−27969−JKS
                                 Chapter: 13
                                 Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Albert S Small Jr. | Ann S Small |
| 26 Valley Street | fka Ann Small, fka Ann Stevenson |
| Newark, NJ 07106 | 26 Valley Street |
| | Newark, NJ 07106 |

Social Security No.:
  xxx−xx−7800                                  xxx−xx−4916

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Albert S Small Jr. and Ann S Small</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 1, 2022
JAN: smz

                                                                      <u>Jeanne Naughton, Clerk</u>