| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Albert S Small Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7800<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ann S Small<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4916<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–27969–JKS | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Albert S Small Jr.

Ann S Small
fka Ann Small, fka Ann Stevenson

11/18/22

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27969-JKS |
| Albert S Small, Jr. | Chapter 13 |
| Ann S Small | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Albert S Small, Jr., Ann S Small, 26 Valley Street, Newark, NJ 07106-2609 |
| 517047978 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 517143539 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517047984 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517194370 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517047989 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, Valerie Smith, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517047968 | + | EDI: CINGMIDLAND.COM | Nov 19 2022 01:38:00 | AT&T, P.O Box 537104, Atlanta, GA 30353-7104 |
| 517227893 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 20:44:34 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517047967 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 20:44:38 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517047969 | + | EDI: BANKAMER.COM | Nov 19 2022 01:33:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517178261 | + | EDI: BANKAMER2.COM | Nov 19 2022 01:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517047971 | | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 517047970 | + | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517047974 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 18 2022 20:42:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517047975 | + | EDI: CITICORP.COM | Nov 19 2022 01:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517047976 | + | EDI: CITICORP.COM | Nov 19 2022 01:33:00 | Citibank / Sears, Citicorp Credit Services/Attn: |

Case 17-27969-JKS    Doc 55    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517215475 | | EDI: Q3G.COM | Nov 19 2022 01:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 517064411 | | EDI: DISCOVER.COM | Nov 19 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517047977 | + | EDI: DISCOVER.COM | Nov 19 2022 01:33:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 517047979 | ^ | MEBN | Nov 18 2022 20:36:27 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517047980 | ^ | MEBN | Nov 18 2022 20:37:49 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517047981 | + | EDI: CITICORP.COM | Nov 19 2022 01:33:00 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517047983 | | EDI: IRS.COM | Nov 19 2022 01:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517047972 | | EDI: JPMORGANCHASE | Nov 19 2022 01:33:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517047973 | | EDI: JPMORGANCHASE | Nov 19 2022 01:33:00 | Chase Card Services, Correspondence Dept, Po Box 15278, Wilmington, DE 19850 |
| 517239820 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:23 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517047982 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 18 2022 20:41:00 | EZ Pass, 375 McCArter Higheway, Newark, NJ 07114 |
| 518622045 | | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2022 20:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518622046 | | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2022 20:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517181788 | | EDI: PRA.COM | Nov 19 2022 01:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517047985 | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 517049168 | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517047986 | + | EDI: CITICORP.COM | Nov 19 2022 01:33:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517047988 | + | EDI: VERIZONCOMB.COM | Nov 19 2022 01:33:00 | Verizon, PO BOX 4003, Acworth, GA 30101-9004 |
| 517164654 | | EDI: WFFC2 | Nov 19 2022 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517047987 | ^ | MEBN | Nov 18 2022 20:37:21 | transunion, POB 2000, Crum Lynne, PA 19022 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Case 17-27969-JKS    Doc 55    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517164655 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Michelle Labayen | on behalf of Joint Debtor Ann S Small michelle@labayenlaw.com  rahaf@labayenlaw.com;arly@labayenlaw.com |
| Michelle Labayen | on behalf of Debtor Albert S Small  Jr. michelle@labayenlaw.com, rahaf@labayenlaw.com;arly@labayenlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10